IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NYLONDAJAZZ SHARNESE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-3503-B-BN |
| | § | |
| LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, | § § § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND <u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should deny Plaintiff NylondaJazz Sharnese's Motion to Remand [Dkt. No. 9] and retain jurisdiction over this case. *See* Dkt. No. 24.

Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 16th day of March, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE